IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:08-cr-0407** |
| | : | |
| **v.** | : | |
| | : | |
| **JIMMY THOMAS MATHIS, JR.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

AND NOW, this 18th day of January, 2017, the petition for a writ of habeas corpus (Doc. 99) is **DENIED**. This court declines to issue a certificate of appealability for the reasons set forth in the accompanying memorandum.

                                                  s/Sylvia Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge